Peter M. Hart, (State Bar No 107920)
Michael T. Conway, (State Bar No. 164004)
LeClairRyan LLP
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
ROBERT DeBENEDICTIS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN DE POEL, LEVY & ALLEN, LLP, | Case No. 09 CIV 02138 SC |
| Plaintiff, | |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING THE EARLY NEUTRAL EVALUATION DEADLINE** |
| ROBERT DeBENEDICTIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED that Plaintiff VAN DE POEL, LEVY & ALLEN, LLP

and Defendant ROBERT DEBENEDICTIS agree to continue the date of their Early Neutral

Evaluation (ENE) session to November 16, 2009 to accommodate defendant and defense counsel

who are currently in trial in another matter. The parties' Early Neutral Evaluator, Stephen G.

Blitch, is has agreed to conduct the ENE session on November 16, 2009.

IT IS SO STIPULATED.

DATED: November 6, 2009                    LECLAIRRYAN LLP


By:   /s/ Peter M. Hart_____
      PETER M. HART
      Attorneys for Defendant
      Robert DeBenedictis

1   DATED:  November 6, 2009                VAN DE POEL, LEVY & ALLEN, LLP

2

3                                           By: __/s/ John Van De Poel_____

4                                               JOHN VAN DE POEL
                                                VINCENT ADAMS
5                                               Attorneys for Plaintiff
                                                Van de Poel, Levy & Allen, LLP
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER

1   Peter M. Hart, (State Bar No 107920)
    Michael T. Conway, (State Bar No. 164004)
2   LeClairRyan LLP
    44 Montgomery Street, 18th Floor
3   San Francisco, California  94104-4705
    Telephone:  (415) 391-7111
4   Telefax:  (415) 391-8766

5   Attorneys for Defendant
    ROBERT DeBENEDICTIS
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10  VAN DE POEL, LEVY & ALLEN, LLP,          Case No.  09 CIV 02138 SC

11            Plaintiff,
                                             [~~PROPOSED~~] ORDER
12       v.

13  ROBERT DeBENEDICTIS,

14            Defendant.

15

16       IT IS HEREBY ORDERED that Early Neutral Evaluation in this matter shall take place

17  on November 16, 2009.

18       IT IS SO ORDERED.

19

20  Date:_____November 10____, 2009

21                                              Hon. _____
                                                      Judge Samuel Conti
22

23

24

25

26

27

28

**CERTIFICATE OF FILING**

I hereby certify that on November 6, 2009, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notification of electronic filing to the following CM/ECF Participants:

**John Frederick Van de Poel**
Van De Poel Levy & Allen, LLP
1600 South Main Plaza, Suite 325
Walnut Creek, CA 94596-5312
925 934-6102
Fax: 925 934-6060
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent Joseph Adams**
Van De Poel, Levy, & Allen, LLP
1600 South Main Street
Suite 325
Walnut Creek, CA 94596
925-934-6102
Fax: 925-934-6060
Email: vadams@vanlevylaw.com
*ATTORNEY TO BE NOTICED*

By: /s/ Peter M. Hart

Peter M. Hart
LeClairRyan LLP
44 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 391-7111, Fax (415) 391-8766
Peter.Hart@leclairryan.com