Peter M. Hart, (State Bar No 107920)
Michael T. Conway, (State Bar No. 164004)
LeClairRyan LLP
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
ROBERT DeBENEDICTIS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN DE POEL, LEVY & ALLEN, LLP,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT DeBENEDICTIS,<br><br>    Defendant. | Case No.  09 CIV 02138 SC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING THE EARLY NEUTRAL EVALUATION DEADLINE** |

   IT IS HEREBY STIPULATED that Plaintiff VAN DE POEL, LEVY & ALLEN, LLP and Defendant ROBERT DEBENEDICTIS agree to continue the date of their Early Neutral Evaluation (ENE) session to November 16, 2009 to accommodate defendant and defense counsel who are currently in trial in another matter.  The parties' Early Neutral Evaluator, Stephen G. Blitch, is has agreed to conduct the ENE session on November 16, 2009.

   IT IS SO STIPULATED.

DATED:  November 6, 2009                    LECLAIRRYAN LLP


                                            By:   /s/ Peter M. Hart_____
                                                PETER M. HART
                                                Attorneys for Defendant
                                                Robert DeBenedictis

| | | |
|---|---|---|
| 1 | DATED: November 6, 2009 | VAN DE POEL, LEVY & ALLEN, LLP |
| 2 | | |
| 3 | | By: __/s/ John Van De Poel_____ |
| 4 | | JOHN VAN DE POEL |
| 5 | | VINCENT ADAMS |
|   | | Attorneys for Plaintiff |
| 6 | | Van de Poel, Levy & Allen, LLP |

1  Peter M. Hart, (State Bar No 107920)
   Michael T. Conway, (State Bar No. 164004)
2  LeClairRyan LLP
   44 Montgomery Street, 18th Floor
3  San Francisco, California  94104-4705
   Telephone:  (415) 391-7111
4  Telefax:  (415) 391-8766

5  Attorneys for Defendant
   ROBERT DeBENEDICTIS
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9

10 VAN DE POEL, LEVY & ALLEN, LLP,           Case No.  09 CIV 02138 SC

11            Plaintiff,
                                              [PROPOSED] ORDER
12       v.

13 ROBERT DeBENEDICTIS,

14            Defendant.

15

16     IT IS HEREBY ORDERED that Early Neutral Evaluation in this matter shall take place

17 on November 16, 2009.

18     IT IS SO ORDERED.

19

20 Date: November 10, 2009                    _____

21                                            Hon. [signature: Judge Samuel Conti]

22                                            [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED]

23

24

25

26

27

28

# CERTIFICATE OF FILING

I hereby certify that on November 6, 2009, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notification of electronic filing to the following CM/ECF Participants:

**John Frederick Van de Poel**
Van De Poel Levy & Allen, LLP
1600 South Main Plaza, Suite 325
Walnut Creek, CA 94596-5312
925 934-6102
Fax: 925 934-6060
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent Joseph Adams**
Van De Poel, Levy, & Allen, LLP
1600 South Main Street
Suite 325
Walnut Creek, CA 94596
925-934-6102
Fax: 925-934-6060
Email: vadams@vanlevylaw.com
*ATTORNEY TO BE NOTICED*

By:  /s/ Peter M. Hart

Peter M. Hart
LeClairRyan LLP
44 Montgomery St., 18th  Floor
San Francisco, CA  94104
(415) 391-7111, Fax (415) 391-8766
Peter.Hart@leclairryan.com