John F. Van De Poel (State Bar No. 112151)
Vincent J. Adams (State Bar No. 249696)
VAN DE POEL, LEVY & ALLEN, LLP
1600 South Main Plaza, Suite 325
Walnut Creek, California 94596
Telephone No: (925) 934-6102
Facsimile No: (925) 934-6060

Attorneys for Plaintiff
VAN DE POEL, LEVY & ALLEN, LLP

# IN THE UNITED DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN DE POEL, LEVY & ALLEN, LLP,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT DEBENEDICTIS,<br><br>Defendant. | CASE NO.: C09-02138 SC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>The Honorable Samuel Conti<br><br>*Complaint Filed: February 27, 2009* |

IT IS HEREBY STIPULATED by and between the Plaintiffs, VAN DE POEL, LEVY & ALLEN, LLP, and Defendant, ROBERT DEBENEDICTIS, through their designated counsel, that Defendant, ROBERT DEBENEDICTIS, be dismissed from the above-captioned action, with prejudice, pursuant to FRCP 41(a).

Dated: March 11, 2010

VAN DE POEL, LEVY & ALLEN, LLP

BY: _____
VINCENT J. ADAMS
Attorney for Plaintiffs

///

///

VAN DE POEL,
LEVY & ALLEN, LLP
ATTORNEYS AT LAW
425 California Street
19th Floor
San Francisco, CA 94104
telephone: (415) 291-8844
facsimile: (415) 291-8855

{00625909.DOC;1}　　　　　1
DISMISSAL AND ORDER OF DISMSSAL

Dated: March 11, 2010

LeCLAIR RYAN LLP

BY: _____
PETER M. HART
Attorney for Defendant

## ORDER

PURSUANT TO THE STIPULATION, THE COURT ORDERS that Defendant ROBERT DEBENEDICTIS, hereby are dismissed with prejudice, from the above-captioned action as to all claims and allegations brought against them by Plaintiffs, VAN DE POEL, LEVY & ALLEN, LLP.

**IT IS SO ORDERED.**

DATED: _____March 18_____, 2010



_____
UNITED STATES DISTRICT JUDGE
IT IS SO ORDERED
Judge Samuel Conti

VAN DE POEL,
LEVY & ALLEN, LLP
ATTORNEYS AT LAW
425 California Street
19th Floor
San Francisco, CA 94104
Telephone: (415) 291-8844
Facsimile: (415) 291-8855